MJC2012R00567

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 SEP 30  PM 2:23

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. TJS-13-0523 |
| v. | : | |
| | : | |
| JESSE RAYMOND MOORE, SR., | : | (Conspiracy to Defraud a Student |
| | : | Financial Aid Program, 18 U.S.C. § |
| Defendant. | : | 371) |
| | : | |

...oOo...

## INFORMATION

### COUNT ONE

(Conspiracy to Defraud a Student Financial Aid Program)

The United States Attorney for the District of Maryland charges that:

**Introduction**

At all times relevant to this Information:

1. Defendant **JESSE RAYMOND MOORE, SR., ("MOORE")** was a Maryland resident who was employed as an admissions representative at the All-State Career School ("All-State"), a post-secondary, for-profit vocational training school located at 2200 Broening Highway, Baltimore, Maryland.

2. All-State was an accredited institution that participated in the federal financial aid programs administered by the United States Department of Education, which enabled students enrolled at All-State to obtain federal grants and federally insured loans to cover tuition and expenses.

3. As an admissions representative, it was **MOORE**'s responsibility, among other things, to explain and promote All-State's vocational programs to student applicants and facilitate student enrollment. To that end, **MOORE** counseled prospective students about course requirements, the cost of tuition, and the available types of financial aid. Students who expressed an interest in a particular program filled out an admissions application, paid an initial admissions fee, and, if needed, were referred by **MOORE** to All-State's Financial Aid Department to file for financial assistance.

4. At the Financial Aid Department, prospective students received advice about completing the Free Application for Federal Student Aid ("FAFSA"), a prerequisite for seeking federal grants, such as Pell Grants, and student loans. Federal student aid is funded and insured pursuant to subchapter IV of chapter 28 of Title 20, entitled Higher Education Resources and Student Assistance, which is administered through the Department of Education ("DOE").

5. In addition to meeting minimum income and asset requirements, a student applying for federal financial aid must also have either a high school diploma, a GED, or pass a designated Ability to Benefit ("ATB") test. The ATB test was provided by, and administered onsite at, All-State's Baltimore campus through a third-party company called Wonderlic, Inc. Wonderlic's proctor for the ATB test at All-State was JACQUALYN CALDWELL ("CALDWELL"). A prospective student who failed the ATB test the first time could take it again.

**The Conspiracy**

6.    From in or about January 2011 until in or about September 2012, in the District of Maryland,

**JESSE RAYMOND MOORE, SR.,**

the defendant herein, did unlawfully, knowingly and willfully conspire, combine, confederate and agree with CALDWELL, BARRY SUGARMAN ("SUGARMAN") and with other persons known and unknown to the United States Attorney, to defraud a student financial aid program, that is, to knowingly and willfully obtain by fraud, false statement and forgery, funds, assets and property of a student assistance program provided and insured under subchapter IV of chapter 28 of Title 20, in the amount of $200 or less, in violation of 20 U.S.C. § 1097(a) ("the conspiracy to defraud").

**Manner and Means of the Conspiracy**

7.    It was part of the conspiracy to defraud that **MOORE** encouraged prospective students who failed the ATB test the first time to take it a second time because of the agreement that **MOORE** and other admissions representatives had with CALDWELL to falsify the results of the second test.

8.    It was part of the conspiracy to defraud that **MOORE** and other admissions representatives told CALDWELL which ATB test takers on a given test day were "second-timers," so that CALDWELL could manipulate the ATB test results and give the students a passing score, thereby making the students eligible for federal financial aid.

9. It was part of the conspiracy to defraud that some of the admissions representatives occasionally purchased meals for CALDWELL and expressed their appreciation in other ways for her manipulation of the ATB test results for second-time test takers.

10. It was part of the conspiracy to defraud that **MOORE** and other admissions representatives concealed the falsification of ATB answers sheets from the Wonderlic testing company and the DOE.

11. It was part of the conspiracy to defraud that **MOORE** and other admission representatives coached student applicants about how to answer questions on the FAFSA and during interviews with financial aid counselors in order to falsely increase the applicants' chances of receiving federal financial aid in the form of Pell Grants and/or federally insured student loans.

### Overt Acts

12. In furtherance of the conspiracy and to effect the objectives thereof, the Defendant and co-conspirators committed the following overt acts in the District of Maryland:

   a. On or about September 28, 2011, SUGARMAN told a prospective student, Student A, who had failed the ATB on the first attempt, not to worry about taking the test a second time.

   b. On or about October 6, 2011, CALDWELL changed Student A's answers on the second ATB test by erasing the wrong answers on the ATB answer sheet and substituting the correct ones, which gave Student A a passing score.

   c. On or about November 2, 2011, **MOORE** encouraged a prospective student, Student B, who had failed the ATB on the first attempt to take the test a second time.

   d. On or about November 2, 2011, **MOORE** advised CALDWELL that Student B would be taking the test for the second time.

   e. On or about November 2, 2011, CALDWELL filled in enough correct answers on Student B's second ATB answer sheet to give Student B a passing score.

18 U.S.C. § 371

*Rod J. Rosenstein*
Rod J. Rosenstein
United States Attorney for the
District of Maryland

Date: 9/30/13